# AR Resources, Inc.

PO Box 1056
Blue Bell, PA 19422
Phone: (866) 301-0222

Apr 26, 2019

FEDIA SAMEDY
172 SW 5TH ST APT 14
HOMESTEAD FL 33030-7254

| Creditor | Account # | Regarding | Amt Owed |
|---|---|---|---|
| OLYMPIA LLP, HOMESTEAD | 1751901110176 | FEDIA SAMEDY | 612.00 |

Please be advised that our client, OLYMPIA LLP, has referred your account to us for collections.

To avoid further collection activity, please remit payment in full of $612.00 directly to:
AR Resources, Inc.
PO Box 1056
Blue Bell, PA 19422

Please reference your ARR account number SF5600 on all correspondence.

If you would like to pay by phone, or have any questions, please contact a representative toll-free at 866-378-0797. Calls to and from our location may be monitored or recorded for quality and training purposes.

You may also visit us at WWW.ARRESOURCESINC.COM to make a payment online. Your pin number is 88385088.

If you wish to pay by credit card, please fill in the information below and return in the enclosed envelope.

Please be advised that our client is a credit reporting client. Your credit report may have a negative impact if we do not hear from you.

**Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume the debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of the debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.**

**This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector.**

Thank you,
AR Resources, Inc.

---

**\*\*\* PLEASE DETACH HERE AND RETURN BOTTOM STUB WITH PAYMENT IN ENCLOSED ENVELOPE. \*\*\***

Y231A84F32

PO Box 505
Linden MI 48451-0505
ADDRESS SERVICE REQUESTED

IF YOU WISH TO PAY BY CREDIT CARD, CIRCLE ONE AND FILL IN THE INFORMATION BELOW.

MasterCard    VISA    DISCOVER

| CARD NUMBER | | EXP. DATE |
|---|---|---|
| CARD HOLDER NAME | | CVV |
| SIGNATURE | | AMOUNT PAID |

Apr 26, 2019

0008120024011437908033030725414---Y231A84F32 529

014 - 529
FEDIA SAMEDY
172 SW 5TH ST APT 14
HOMESTEAD FL 33030-7254

Re: FEDIA SAMEDY
Account Number: 1751901110176
ARR Account Number: SF5600
Balance: $612.00

AR Resources, Inc.
PO Box 1056
Blue Bell PA 19422-0287

