UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CIV-60853-RAR

**FEDIA SAMEDY**,

     Plaintiff,

v.

**ACCOUNTS RECEIVABLE
RESOURCES, INC.**,

     Defendant.

_____/

## ORDER REQUIRING REVISED VERIFIED AFFIDAVIT REGARDING INJURY-IN-FACT FOR ARTICLE III STANDING

**THIS CAUSE** comes before the Court upon the Affidavit of Fedia Samedy [ECF No. 22] ("Plaintiff's Affidavit"), filed on July 23, 2020. On July 10, 2020, in light of the Eleventh Circuit's decision in *Trichell v. Midland Credit Mgmt., Inc.*, No. 18-14144, 2020 WL 3634917 (11th Cir. July 6, 2020), the Court entered an Order Requiring Verified Affidavit Regarding Injury-In-Fact for Article III Standing [ECF No. 16] ("Order"). As discussed in the Order, *Trichell* held that to have standing to pursue claims under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. section 1692 *et seq.*, a plaintiff must allege that he or she was in fact misled by the debt collection letter, not just that the letter creates a risk of misleading consumers in general. *See Trichell*, 2020 WL 3634917 at *6-7. *Trichell* made clear that a risk of harm to a plaintiff that "dissipated before the complaint was filed" is insufficient to establish Article III standing. *Id.* at *8. Accordingly, the Order required Plaintiff to file a verified affidavit explaining in detail the concrete, particularized injury Plaintiff suffered as a result of receiving the allegedly misleading debt collection letter.

Plaintiff's Affidavit indicates that the debt collection letter "pushed [Plaintiff] over the edge," Plaintiff's "head started pounding," Plaintiff "became nauseous," and Plaintiff was "simultaneously angry and scared." Plaintiff's Affidavit ¶ 8. However, Plaintiff's Affidavit fails to allege that Plaintiff was in fact misled by the debt collection letter and suffered a particularized, concrete injury that had not "dissipated before the complaint was filed." *Trichell*, 2020 WL 3634917 at *8. Plaintiff's Affidavit is therefore insufficient to establish Article III standing under the standard set forth in *Trichell*. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff shall file a revised verified affidavit on or before **July 29, 2020** explaining in detail whether and how Plaintiff was misled by the debt collection letter. If the revised affidavit fails to satisfy the standard set forth in *Trichell* for establishing Article III standing in FDCPA cases, the Court will dismiss Plaintiff's Complaint without further notice.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 24th day of July, 2020.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record